FILED
2007 APR -5  PM 2: 48
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES, | No. CR 07-00180 MJJ |
|---|---|
| Plaintiff, | **ORDER AFFIRMING RELEASE ORDER** |
| v. | |
| KENNETH GIBSON, | |
| Defendant. | |

Before the Court is the government's Motion for Revocation of Release Order[1] in its case against Defendant Kenneth Gibson. Magistrate Judge Wayne D. Brazil entered a Release Order in this case on March 27, 2007. After full consideration, the Court **AFFIRMS** the Release Order in all respects with the additional requirement of electronic monitoring, subject to the conditions listed below, pursuant to 18 U.S.C. § 3142(c)(1).

Defendant shall participate in electronic monitoring, which will include the use of a Global Positioning Satellite device, as soon as such equipment becomes available to Pretrial Services. Defendant shall comply with any inclusion and/or exclusion zones established by Pretrial Services during instances in which he is allowed to be away from his place of residence.

Dated: April 5, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 10.

cc: 2 certified copies to Marshal, Financial, Pretrial, Debbie Maghoney